UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kimberly McCormick, et al

   v.                                                          Case No. 23-cv-466-SE-TSM

Alma Ruth Beckwith

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated January 24, 2024. For the reasons explained therein, this case is dismissed for lack of jurisdiction.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The Clerk is directed to enter judgment and close the case.

_____
Samantha D. Elliott
United States District Judge

Date: March 20, 2024

cc:  Kimberly McCormick, pro se
     Jason McManus, pro se